UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA CRAYTON,

    Plaintiff,

v.                           CASE NO.: 2:15-cv-727-FtM-99MRM

WILDER CORPORATION OF
DELAWARE, a Foreign Profit
Corporation d/b/a Fort Myers
RV Resort,

    Defendant.
_____/

## JOINT REPORT REGARDING SETTLEMENT

Pursuant to the Court's FLSA Scheduling Order [D.E. 17], the parties, by and through their undersigned counsel, and hereby jointly file their Report Regarding Settlement in this matter. The parties advise the Court that they:

_____  Have reached a settlement;

 X    Have not settled the case but wish to continue settlement discussions for **thirty (30) additional days;**

_____  Wish to engage in a formal mediation conference before a specific mediator on or before a specific date;

_____  Request a settlement conference before the United States Magistrate Judge; or

_____  Have exhausted all settlement efforts and will immediately file a Case Management Report signed by counsel for all parties.

DATED: April 11, 2016

/s/ Angeli Murthy                               /s/ Stanley T. Padgett
Angeli Murthy, Esquire                       Stanley T. Padgett, Esquire
Florida Bar No.: 088758                   Florida Bar No.: 348686
MORGAN & MORGAN, P.A.            PADGETT LAW, P.A.
600 N. Pine Island Road, Suite 400     201 E. Kennedy Blvd., Suite 600

| | |
|---|---|
| Plantation, Florida 33324 | Tampa, Florida 33602 |
| Telephone: (954) 318-0268 | Telephone: (813) 230-9098 |
| Facsimile: (954) 327-3016 | Facsimile: (866) 896-7664 |
| Email: amurthy@forthepeople.com | Email: spadgett@padgettlawpa.com |
| *Trial Attorneys for Plaintiff* | *Trial Attorneys for Defendant* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of such filing to all counsel of record.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ.

2