UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA CRAYTON,

    Plaintiff,

v.                          Case No: 2:15-cv-727-FtM-29MRM

WILDER CORPORATION OF DELAWARE, a foreign profit corporation,

    Defendant.
_____

**ORDER**

On August 2, 2016, the Court entered an Order (Doc. #25) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __9th__ day of September, 2016.

                                        JOHN E. STEELE
                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record